IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:05-CR-0277 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **NEGII COFFEE, II** | : | |

## ORDER

AND NOW, this 1st day of February, 2006, upon consideration of defendant's motions (Docs. 46, 47) for a bill of particulars and to suppress evidence, which are not accompanied by briefs in support, and it appearing that jury selection in this case is scheduled to commence on March 14, 2006 (see Doc. 38), it is hereby ORDERED that:

1. Defendant shall file, on or before February 9, 2006, briefs in support of the motions (Docs. 46, 47) for a bill of particulars and to suppress evidence, citing to controlling case law pertinent to the issues *sub judice* and otherwise conforming to federal and local rules of procedure.

2. The government shall file, on or before February 16, 2006, briefs in opposition to the motions (Docs. 46, 47) for a bill of particulars and to suppress evidence, citing to controlling case law pertinent to the issues *sub judice* and otherwise conforming to federal and local rules of procedure.

3. Defendant shall be permitted to file, on or before February 22, 2006, briefs in reply.

4. To the extent necessary, a hearing on defendant's motion to suppress evidence (Doc. 47) shall be scheduled by a subsequent order of court.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge