IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:05-CR-0277** |
| : | |
| v. : | (Judge Conner) |
| : | |
| **NEGII COFFEE, II** : | |

## ORDER

AND NOW, this 18th day of May, 2006, upon consideration of defendant's motions (Docs. 71, 78)[1] to suppress evidence, and for the reasons set forth on the record during the suppression hearing held on this date, it is hereby ORDERED that the motions (Docs. 71, 78) to suppress evidence are DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] After defendant filed the first motion to suppress (Doc. 71), the court directed defendant to file a supplemental brief in support of the motion. (See Doc. 73 ¶ 1.) Along with the supplemental brief (Doc. 79), defendant inadvertently filed a second, identical motion to suppress (Doc. 78).