IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:05-CR-0277 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| NEGII COFFEE, II | : | |

ORDER

AND NOW, this 2nd day of August, 2007, upon consideration of defendant's request (Doc. 148) for leave to proceed *in forma pauperis*, and it appearing that the above-captioned action is on appeal with the United States Court of Appeals for the Third Circuit, it is hereby ORDERED that the request (Doc. 148) is DENIED without prejudice to defendant's right to file his request with the United States Court of Appeals for the Third Circuit.[1]

CHRISTOPHER C. CONNER
United States District Judge

---

[1] The order of court dated May 23, 2007 (Doc. 142) denied defendant's previous filed a motion to proceed *in forma pauperis* on appeal (Doc. 140).